IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JASON SCOTT DURHAM                                                                    PLAINTIFF

v.                              Civil No. 2:17-CV-02152

NURSE CINDY, *et. al.*                                                                 DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 2) is DENIED.

IT IS SO ADJUDGED this 2nd day of October 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE